Commonwealth ex rel. Walker, Appellant, *v.*
Maroney.

Submitted April 12, 1965. *Carmen Walker*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Walker, Appellant, *v.*
Maroney.

Submitted April 12, 1965. *Carmen Walker*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Weaver, Appellant, *v.*
Maroney.

Submitted April 12, 1965. *Joseph Weaver*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Winchell, Appellant, *v.*
Cavell.